### HARRY O. SKAGGS V. STATE

No. 29,579. February 19 ,1958.
Appellant's Motion for Rehearing Overruled
(Without Written Opinion) April 9, 1958.

*W. T. Link,* Clarendon, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for the felony offense of drunken driving, with punishment assessed at six months' confinement in jail and a fine of $500.

No sentence accompanies the record.

A sentence is necessary in ordinary felony cases for the jurisdiction of this court over an appeal. Art. 769, Vernon's C.C.P., Note 3; Miller v. State, 159 Texas Cr. Rep. 317, 263 S.W. 2d 778; Aguirre v. State, 271 S.W. 2d 819.

The appeal is dismissed.